IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

JENIQUA IRENE KNUCKLES,    )
    )
     Plaintiff,    )
    )
     v.    )    CV 116-145
    )
WELLS FARGO HOME MORTGAGE    )
and MCCALLA RAYMER PIERCE, LLC,    )
    )
     Defendants.    )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** the case, and **DIRECTS** the Clerk to **CLOSE** this civil action.

SO ORDERED this 7th day of October, 2016, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA